# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 19, 2021

## NO. 03-18-00153-CV

**Texas Department of Transportation, Appellant**

**v.**

**Albert Lara, Jr., Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### AFFIRMED ON REMAND -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on February 21, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the provision of the order presently before this Court. Therefore, the Court affirms that provision of the trial court's interlocutory order. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.